United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION


TINA TIENTCHEU,                    §
                                   §
          Plaintiff,               §
                                   §
v.                                 §   CIVIL ACTION NO. H-23-0908
                                   §
CHEDRAUI USA, INC. d/b/a           §
FIESTA MART LLC,                   §
                                   §
          Defendant.               §
```

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 25th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE